United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard S. Barndt  
Deanna L. Barndt  
    Debtors

Case No. 18-13605-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Apr 07, 2020  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.  
14115439        Embrace Home Loans,    c/o RoundPoint Mortgage Servicing Corp,    PO Box 19210,     Charlotte, NC  28219-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Embrace Home Loans Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Embrace Home Loans, Inc. bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SHAWN J. LAU    on behalf of Joint Debtor Deanna L. Barndt shawn_lau@msn.com, g61705@notify.cincompass.com  
         SHAWN J. LAU    on behalf of Debtor Richard S. Barndt shawn_lau@msn.com, g61705@notify.cincompass.com  
         STEPHEN M HLADIK    on behalf of Creditor    Embrace Home Loans, Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                     TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13605-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard S. Barndt
10 Magnolia Dr
Douglassville PA 19518-9707

Deanna L. Barndt
10 Magnolia Dr
Douglassville PA 19518-9707

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/06/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: Embrace Home Loans, c/o RoundPoint Mortgage Servicing Corp, PO Box 19210, Charlotte, NC  28219-9210

Name and Address of Transferee:

Embrace Home Loans, Inc.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/09/20

Tim McGrath
**CLERK OF THE COURT**