| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-13605-PMM

RICHARD  S BARNDT
DEANNA L BARNDT
10 MAGNOLIA  DR
DOUGLASSVILLE  PA     19518-9707

Petition Filed Date: 05/31/2018
341 Hearing Date: 08/07/2018
Confirmation Date: 01/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $300.00 | 17795556366 | 02/01/2019 | $300.00 | 25068909778 | 03/06/2019 | $300.00 | 17877411899 |
| 04/02/2019 | $300.00 | 17916912446 | 05/01/2019 | $300.00 | 17957023745 | 06/03/2019 | $300.00 | 17957023868 |
| 07/08/2019 | $300.00 | 17933105244 | 08/05/2019 | $300.00 | 17933105521 | 09/04/2019 | $300.00 | 17685428494 |
| 10/01/2019 | $300.00 | 19030849601 | 11/05/2019 | $300.00 | 69682694950 | 12/04/2019 | $300.00 | 19041028608 |
| 01/06/2020 | $300.00 | 19056618522 | 02/04/2020 | $300.00 | 19057882054 | 03/03/2020 | $300.00 | 19057882364 |
| 03/31/2020 | $300.00 | 19078145460 | 04/29/2020 | $300.00 | 19094226921 | 06/02/2020 | $300.00 | 19108596452 |
| 06/24/2020 | $300.00 | 19108596722 | 08/04/2020 | $300.00 | 19121518307 | | | |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $7,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMERS CREDIT UNION<br>»» 002 | Secured Creditors | $993.52 | $0.00 | $993.52 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33S | Secured Creditors | $550.00 | $0.00 | $550.00 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33U | Unsecured Creditors | $1,500.00 | $0.00 | $1,500.00 |
| 31 | AMERICAN HERITAGE CREDIT UNION<br>»» 031 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $4,756.30 | $0.00 | $4,756.30 |
| 20 | BECKET & LEE, LLP<br>»» 020 | Unsecured Creditors | $1,980.36 | $0.00 | $1,980.36 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,886.83 | $0.00 | $5,886.83 |
| 21 | ECAST SETTLEMENT CORPORATION<br>»» 021 | Unsecured Creditors | $1,709.50 | $0.00 | $1,709.50 |
| 22 | ECAST SETTLEMENT CORPORATION<br>»» 022 | Unsecured Creditors | $838.97 | $0.00 | $838.97 |
| 23 | ECAST SETTLEMENT CORPORATION<br>»» 023 | Unsecured Creditors | $1,057.72 | $0.00 | $1,057.72 |
| 24 | ECAST SETTLEMENT CORPORATION<br>»» 024 | Unsecured Creditors | $240.92 | $0.00 | $240.92 |
| 25 | ECAST SETTLEMENT CORPORATION<br>»» 025 | Unsecured Creditors | $404.20 | $0.00 | $404.20 |
| 26 | ECAST SETTLEMENT CORPORATION<br>»» 026 | Unsecured Creditors | $2,383.28 | $0.00 | $2,383.28 |

**Chapter 13 Case No. 18-13605-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 27 | ECAST SETTLEMENT CORPORATION »» 027 | Unsecured Creditors | $1,889.64 | $0.00 | $1,889.64 |
| 28 | ECAST SETTLEMENT CORPORATION »» 028 | Unsecured Creditors | $1,066.57 | $0.00 | $1,066.57 |
| 29 | ECAST SETTLEMENT CORPORATION »» 029 | Unsecured Creditors | $2,930.61 | $0.00 | $2,930.61 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $242.18 | $0.00 | $242.18 |
| 32 | UNITED STATES TREASURY (IRS) »» 32P | Priority Crediors | $4,934.22 | $1,260.30 | $3,673.92 |
| 32 | UNITED STATES TREASURY (IRS) »» 32U | Unsecured Creditors | $308.93 | $0.00 | $308.93 |
| 12 | JEFFERSON UNIVERSITY HOSPITAL »» 012 | Unsecured Creditors | $814.98 | $0.00 | $814.98 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $838.44 | $0.00 | $838.44 |
| 10 | LENDING CLUB CORPORATION »» 010 | Unsecured Creditors | $6,504.11 | $0.00 | $6,504.11 |
| 11 | LENDING CLUB CORPORATION »» 011 | Unsecured Creditors | $17,652.36 | $0.00 | $17,652.36 |
| 7 | LENDING CLUB CORPORATION »» 007 | Unsecured Creditors | $12,668.80 | $0.00 | $12,668.80 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $11,486.04 | $0.00 | $11,486.04 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $508.73 | $0.00 | $508.73 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $965.57 | $0.00 | $965.57 |
| 9 | MARINER FINANCE LLC »» 009 | Unsecured Creditors | $2,708.50 | $0.00 | $2,708.50 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $3,275.57 | $0.00 | $3,275.57 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $4,345.69 | $0.00 | $4,345.69 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $2,171.63 | $0.00 | $2,171.63 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC »» 003 | Mortgage Arrears | $3,367.69 | $0.00 | $3,367.69 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $191.12 | $0.00 | $191.12 |
| 30 | TD BANK USA NA »» 030 | Unsecured Creditors | $406.82 | $0.00 | $406.82 |
| 34 | SHAWN J LAU ESQ »» 034 | Attorney Fees | $5,616.00 | $5,616.00 | $0.00 |

**Chapter 13 Case No. 18-13605-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,800.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $6,876.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $653.70 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $270.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.