**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**RICHARD S. BARNDT** aka<br>**RICHARD BARNDT**<br>and<br>**DEANNA L. BARNDT** aka<br>**DEANNA BARNDT**<br>                    **DEBTORS** | **BANKRUPTCY NO. 18-13605**<br><br>**CHAPTER NO. 13** |
|---|---|

**AMENDED CERTIFICATE OF SERVICE**

    I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Debtors' Response to Motion for Relief from the Automatic Stay via electronic means and/or first class mail on the 21st day of July, 2022 upon the following parties:

Chapter 13 Trustee
Scott F. Waterman, esq.
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Mester & Schwartz, P.C.
Attn: Jason Brett Schwartz, Esq.
1917 Brown Street
Philadelphia, PA 19130
*Counsel for Movant*

                                                      Lau & Associates, P.C.
                                                    */s/Shawn J. Lau*
                                                    Shawn J. Lau, Esquire
                                                    4228 St. Lawrence Avenue
                                                    Reading, PA 19606
                                                    610-370-2000 Phone
                                                    610-370-0700 Fax