| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-13605-PMM

RICHARD S BARNDT  
DEANNA L BARNDT  
10 MAGNOLIA DR  
DOUGLASSVILLE  PA    19518-9707

Petition Filed Date: 05/31/2018  
341 Hearing Date: 08/07/2018  
Confirmation Date: 01/31/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $300.00 | 19235532726 | 05/04/2021 | $300.00 | 19250705380 | 06/02/2021 | $300.00 | 19253840976 |
| 07/07/2021 | $300.00 | 19272637158 | 08/03/2021 | $300.00 | 19283926207 | 09/07/2021 | $300.00 | 19302796139 |
| 10/05/2021 | $300.00 | 26595668507 | 12/06/2021 | $300.00 | 27772630920 | 12/15/2021 | $300.00 | 26595666224 |
| 01/04/2022 | $300.00 | 26595666527 | 02/03/2022 | $300.00 | 19346757866 | 03/08/2022 | $300.00 | 19363035331 |
| 04/05/2022 | $300.00 | 19378521621 | 05/04/2022 | $300.00 | 26595671308 | 06/02/2022 | $300.00 | 26595671624 |
| 07/05/2022 | $300.00 | 26595671905 | 08/03/2022 | $300.00 | 26595672186 | | | |

**Total Receipts for the Period: $5,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMERS CREDIT UNION<br>»» 002 | Secured Creditors | $993.52 | $590.72 | $402.80 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33S | Secured Creditors | $550.00 | $327.03 | $222.97 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33U | Unsecured Creditors | $1,500.00 | $0.00 | $1,500.00 |
| 31 | AMERICAN HERITAGE CREDIT UNION<br>»» 031 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $4,756.30 | $0.00 | $4,756.30 |
| 20 | BECKET & LEE, LLP<br>»» 020 | Unsecured Creditors | $1,980.36 | $0.00 | $1,980.36 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,886.83 | $0.00 | $5,886.83 |
| 21 | ECAST SETTLEMENT CORPORATION<br>»» 021 | Unsecured Creditors | $1,709.50 | $0.00 | $1,709.50 |
| 22 | ECAST SETTLEMENT CORPORATION<br>»» 022 | Unsecured Creditors | $838.97 | $0.00 | $838.97 |
| 23 | ECAST SETTLEMENT CORPORATION<br>»» 023 | Unsecured Creditors | $1,057.72 | $0.00 | $1,057.72 |
| 24 | ECAST SETTLEMENT CORPORATION<br>»» 024 | Unsecured Creditors | $240.92 | $0.00 | $240.92 |
| 25 | ECAST SETTLEMENT CORPORATION<br>»» 025 | Unsecured Creditors | $404.20 | $0.00 | $404.20 |
| 26 | ECAST SETTLEMENT CORPORATION<br>»» 026 | Unsecured Creditors | $2,383.28 | $0.00 | $2,383.28 |
| 27 | ECAST SETTLEMENT CORPORATION<br>»» 027 | Unsecured Creditors | $1,889.64 | $0.00 | $1,889.64 |

**Chapter 13 Case No. 18-13605-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 28 | ECAST SETTLEMENT CORPORATION »» 028 | Unsecured Creditors | $1,066.57 | $0.00 | $1,066.57 |
| 29 | ECAST SETTLEMENT CORPORATION »» 029 | Unsecured Creditors | $2,930.61 | $0.00 | $2,930.61 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $242.18 | $0.00 | $242.18 |
| 32 | UNITED STATES TREASURY (IRS) »» 32P | Priority Crediors | $4,934.22 | $4,934.22 | $0.00 |
| 32 | UNITED STATES TREASURY (IRS) »» 32U | Unsecured Creditors | $308.93 | $0.00 | $308.93 |
| 12 | JEFFERSON UNIVERSITY HOSPITAL »» 012 | Unsecured Creditors | $814.98 | $0.00 | $814.98 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $838.44 | $0.00 | $838.44 |
| 10 | LENDING CLUB CORPORATION »» 010 | Unsecured Creditors | $6,504.11 | $0.00 | $6,504.11 |
| 11 | LENDING CLUB CORPORATION »» 011 | Unsecured Creditors | $17,652.36 | $0.00 | $17,652.36 |
| 7 | LENDING CLUB CORPORATION »» 007 | Unsecured Creditors | $12,668.80 | $0.00 | $12,668.80 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $11,486.04 | $0.00 | $11,486.04 |
| 18 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $508.73 | $0.00 | $508.73 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $965.57 | $0.00 | $965.57 |
| 9 | MARINER FINANCE LLC »» 009 | Unsecured Creditors | $2,708.50 | $0.00 | $2,708.50 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $3,275.57 | $0.00 | $3,275.57 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $4,345.69 | $0.00 | $4,345.69 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $2,171.63 | $0.00 | $2,171.63 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC »» 003 | Mortgage Arrears | $3,367.69 | $2,002.36 | $1,365.33 |
| 17 | SYNCHRONY BANK »» 017 | Unsecured Creditors | $191.12 | $0.00 | $191.12 |
| 30 | TD BANK USA NA »» 030 | Unsecured Creditors | $406.82 | $0.00 | $406.82 |
| 34 | SHAWN J LAU ESQ »» 034 | Attorney Fees | $5,616.00 | $5,616.00 | $0.00 |

**Chapter 13 Case No. 18-13605-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,000.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $13,470.33 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,253.67 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $276.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.