# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| IN RE:<br>RICHARD S. BARNDT *aka* RICHARD BARNDT and DEANNA L. BARNDT *aka* DEANNA BARNDT,<br>　　　　Debtors | CHAPTER 13<br><br>CASE NO.: 18-13605-pmm |
| CONSUMERS CREDIT UNION, its assignees and/or successors in interest,<br>　　　　Movant<br><br>　　vs.<br>RICHARD S. BARNDT and DEANNA L. BARNDT,<br>　　　　Respondent<br>SCOTT F. WATERMAN,<br>　　　　Trustee | **HEARING DATE:**<br>Tuesday, September 6, 2022<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Eastern District of Pennsylvania<br>201 Penn Street<br>Reading, PA 19601 |

## ORDER

IT IS HEREBY ORDERED that the Stipulation between Richard S. Barndt and Deanna L. Barndt and Consumers Credit Union, filed on August 23, 2022, is approved.

　　　　　　　　　　　　　　　　BY THE COURT:

**Date: August 29, 2022**　　　　_____
　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　BANKRUPTCY JUDGE