United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-13605-pmm
Richard S. Barndt  Chapter 13
Deanna L. Barndt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Aug 29, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Richard S. Barndt, Deanna L. Barndt, 10 Magnolia Dr, Douglassville, PA 19518-9707 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Embrace Home Loans Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Consumers Credit Union jschwartz@mesterschwartz.com |
| KARINA VELTER | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Embrace Home Loans Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Embrace Home Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 1

ECFMail@ReadingCh13.com

SHAWN J. LAU
on behalf of Debtor Richard S. Barndt shawn_lau@msn.com g61705@notify.cincompass.com

SHAWN J. LAU
on behalf of Joint Debtor Deanna L. Barndt shawn_lau@msn.com g61705@notify.cincompass.com

STEPHEN M HLADIK
on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE:<br>RICHARD S. BARNDT *aka* RICHARD BARNDT and DEANNA L. BARNDT *aka* DEANNA BARNDT,<br>        Debtors | CHAPTER 13<br><br>CASE NO.: 18-13605-pmm |
| CONSUMERS CREDIT UNION, its assignees and/or successors in interest,<br>        Movant<br><br>    vs.<br>RICHARD S. BARNDT and DEANNA L. BARNDT,<br>        Respondent<br>SCOTT F. WATERMAN,<br>        Trustee | **HEARING DATE:**<br>Tuesday, September 6, 2022<br>10:00 a.m.<br><br>**LOCATION:**<br>U.S. Bankruptcy Court<br>Eastern District of Pennsylvania<br>201 Penn Street<br>Reading, PA 19601 |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation between Richard S. Barndt and Deanna L. Barndt and Consumers Credit Union, filed on August 23, 2022, is approved.

BY THE COURT:

*Patricia M. Mayer*
PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Date: August 29, 2022**