Certificate Number: 17572-PAE-DE-037194247

Bankruptcy Case Number: 18-13605



17572-PAE-DE-037194247

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2023</u>, at <u>11:31</u> o'clock <u>AM PST</u>, <u>Richard S Barndt</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 19, 2023</u>        By:    <u>/s/Leigh-Anna M Thompson</u>

                                      Name:  <u>Leigh-Anna M Thompson</u>

                                      Title: <u>Counselor</u>