United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-13605-pmm
Richard S. Barndt     Chapter 13
Deanna L. Barndt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Jun 22, 2023     Form ID: 138OBJ     Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard S. Barndt, Deanna L. Barndt, 10 Magnolia Dr, Douglassville, PA 19518-9707 |
| 14115424 | | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14115425 | | Barclays Bank Delaware, 125 SW Street, Wlmington, DE 19801 |
| 14115429 | + | Bradford Exchange, 9333 N Milwaukee Ave, Niles, IL 60714-1392 |
| 14115432 | | CitiCards CBNA, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14115439 | | Embrace Home Loans, c/o RoundPoint Mortgage Servicing Corp, PO Box 19210, Charlotte, NC 28219-9210 |
| 14125458 | + | Embrace Home Loans Inc., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14125459 | + | Embrace Home Loans Inc., Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14115440 | + | FA Vouc, c/o Cross Creek Bank,, 885 Teaneck Rd, Teaneck, NJ 07666-4547 |
| 14115441 | | FA Vouch, 123 Townsend St Apt Ll2, San Francisco, CA 94107-1907 |
| 14115445 | | Hamilton Collection Figurines, PO Box 842, Morton Grove, IL 60053-0842 |
| 14271728 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14115451 | | Nissan 422 of Limerick, 55 Autopark Blvd, Limerick, PA 19468-4264 |
| 14115452 | + | Nissan-Infiniti, LT, 915 L St PMB C436, Sacramento, CA 95814-3707 |
| 14115453 | | Noth Shore Agency, PO Box 9205, Old Bethpage, NY 11804-9005 |
| 14115466 | | TriCounty Area FCU, 1555 Medical Dr, Pottstown, PA 19464-3224 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 23 2023 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 23 2023 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14183988 | + | Email/Text: broman@amhfcu.org | Jun 23 2023 00:40:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd., Phila., PA 19115-1699 |
| 14115426 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 23 2023 00:40:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14115427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 01:27:43 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14115428 | | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 23 2023 00:57:18 | Best Egg/SST, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14115430 | | Email/Text: cms-bk@cms-collect.com | Jun 23 2023 00:40:00 | Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 14172969 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 00:57:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14115431 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 00:57:06 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |

Case 18-13605-pmm   Doc 55   Filed 06/24/23   Entered 06/25/23 00:30:31   Desc Imaged
Certificate of Notice   Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 68 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14177405 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 01:09:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14115435 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 00:40:00 | Comenity BCapital/ HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 14115433 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 00:40:00 | Comenity Bank/ Kay Jewlers, PO Box 182789, Columbus, OH 43218-2789 |
| 14115434 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 00:40:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 14115436 | | Email/Text: COLLECTIONS@MYCONSUMERS.ORG | Jun 23 2023 00:39:00 | Consumers Credit Union, 1075 Tri State Pkwy Ste 850, Gurnee, IL 60031-9182 |
| 14115437 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2023 00:57:18 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14115438 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 00:40:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14115446 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 00:40:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14121919 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14400284 | ^ | MEBN | Jun 23 2023 00:36:06 | Embrace Home Loans, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14161509 | ^ | MEBN | Jun 23 2023 00:35:57 | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 14491727 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 23 2023 00:40:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14115442 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 23 2023 01:27:57 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14115443 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 23 2023 00:39:00 | GC Services Limited Partnership, PO Box 3346, Houston, TX 77253-3346 |
| 14115444 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 23 2023 00:40:00 | Genesis Bankcard Service, PO Box 4499, Beaverton, OR 97076-4499 |
| 14115447 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 23 2023 00:40:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14177031 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 00:57:21 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14177056 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 00:57:07 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14177057 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2023 00:57:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14115448 | | Email/Text: Documentfiling@lciinc.com | Jun 23 2023 00:40:00 | Lending Club Corporation, 21 Stevenson St Ste 300, San Francisco, CA 94105-2706 |
| 14171980 | + | Email/Text: Documentfiling@lciinc.com | Jun 23 2023 00:40:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14167918 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2023 00:57:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14115449 | | Email/Text: bankruptcy@marinerfinance.com | | |

Case 18-13605-pmm  Doc 55  Filed 06/24/23  Entered 06/25/23 00:30:31  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 23 2023 00:40:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14115450 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2023 00:57:42 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14167825 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 23 2023 00:40:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14176505 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 01:10:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14115454 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 01:49:33 | Paypal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14175421 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2023 00:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14166678 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 00:40:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14115455 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:18 | SYNCB/ Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14115456 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:18 | SYNCB/ American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 14115457 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:05 | SYNCB/ Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14115458 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:32 | SYNCB/ Paypalextrasmc, PO Box 965005, Orlando, FL 32896-5005 |
| 14115459 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 01:27:45 | SYNCB/ QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14115460 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:18 | SYNCB/ Synchrony Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14115461 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:27 | SYNCB/ Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14115462 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 01:39:20 | SYNCB/Evine Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14115463 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:45 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14116420 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2023 01:09:39 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14179399 | + | Email/Text: bncmail@w-legal.com | Jun 23 2023 00:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14115464 | | Email/Text: bncmail@w-legal.com | Jun 23 2023 00:40:00 | TD Bank USA/ Target Credi, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14115465 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 01:09:39 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14178264 | | Email/PDF: bncnotices@becket-lee.com | Jun 23 2023 00:57:27 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14123382 | *+ | Consumers Credit Union, 1075 Tri-State Parkway Suite 850, Gurnee, IL 60031-9182 |

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 68

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Embrace Home Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Embrace Home Loans Inc. cmcmonagle@timoneyknox.com bkecf@sterneisenberg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Consumers Credit Union jschwartz@ecf.courtdrive.com bankruptcy@friedmanvartolo.com |
| KARINA VELTER | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KEVIN G. MCDONALD | on behalf of Creditor Embrace Home Loans Inc. bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Deanna L. Barndt shawn_lau@msn.com g61705@notify.cincompass.com |
| SHAWN J. LAU | on behalf of Debtor Richard S. Barndt shawn_lau@msn.com g61705@notify.cincompass.com |
| STEPHEN M HLADIK | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard S. Barndt and Deanna L.
Barndt

    Debtor(s)             Case No: 18−13605−pmm

                        Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/22/23

                                       53 − 48
                                     Form 138OBJ