United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13605-pmm |
| Richard S. Barndt | Chapter 13 |
| Deanna L. Barndt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Richard S. Barndt, Deanna L. Barndt, 10 Magnolia Dr, Douglassville, PA 19518-9707 |
| 14271728 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 15 2023 00:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 15 2023 00:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14183988 | + | Email/Text: broman@amhfcu.org | Jul 15 2023 00:45:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd., Phila., PA 19115-1699 |
| 14172969 | | EDI: CAPITALONE.COM | Jul 15 2023 04:46:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14177405 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 01:02:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14115433 | | EDI: WFNNB.COM | Jul 15 2023 04:46:00 | Comenity Bank/ Kay Jewlers, PO Box 182789, Columbus, OH 43218-2789 |
| 14115436 | | Email/Text: COLLECTIONS@MYCONSUMERS.ORG | Jul 15 2023 00:45:00 | Consumers Credit Union, 1075 Tri State Pkwy Ste 850, Gurnee, IL 60031-9182 |
| 14115446 | | EDI: IRS.COM | Jul 15 2023 04:46:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14121919 | | EDI: DISCOVER.COM | Jul 15 2023 04:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14491727 | + | Email/Text: flyersprod.inbound@axisai.com | Jul 15 2023 00:45:00 | Embrace Home Loans, Inc., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14177031 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:50:37 | LVNV Funding, LLC its successors and assigns as, assignee of Marlette Funding Grantor, Trust 2017-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14177056 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:50:38 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14177057 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:50:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-13605-pmm   Doc 59   Filed 07/16/23   Entered 07/17/23 00:34:40   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 25 |

| 14171980 | + EDI: LENDNGCLUB | Jul 15 2023 04:46:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14167918 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2023 00:50:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14115449 | Email/Text: bankruptcy@marinerfinance.com | Jul 15 2023 00:45:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14167825 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 15 2023 00:45:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14176505 | EDI: PRA.COM | Jul 15 2023 04:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14175421 | + EDI: JEFFERSONCAP.COM | Jul 15 2023 04:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14166678 | EDI: Q3G.COM | Jul 15 2023 04:47:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14116420 | + EDI: AIS.COM | Jul 15 2023 04:47:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14179399 | + Email/Text: bncmail@w-legal.com | Jul 15 2023 00:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14178264 | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 01:01:37 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Embrace Home Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 25 |

on behalf of Creditor Embrace Home Loans Inc. cmcmonagle87@gmail.com  bkecf@sterneisenberg.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Consumers Credit Union jschwartz@ecf.courtdrive.com  bankruptcy@friedmanvartolo.com

KARINA VELTER
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KEVIN G. MCDONALD
    on behalf of Creditor Embrace Home Loans  Inc. bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Deanna L. Barndt shawn_lau@msn.com  g61705@notify.cincompass.com

SHAWN J. LAU
    on behalf of Debtor Richard S. Barndt shawn_lau@msn.com  g61705@notify.cincompass.com

STEPHEN M HLADIK
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard S. Barndt<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3879<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deanna L. Barndt<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7893<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of Pennsylvania | | |
| Case number:  18–13605–pmm | | |

## Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard S. Barndt                                Deanna L. Barndt
aka Richard Barndt                               aka Deanna Barndt

7/13/23                                          **By the court:** Patricia M. Mayer
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**