| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-13605-PMM

RICHARD  S BARNDT
DEANNA L BARNDT
10 MAGNOLIA  DR
DOUGLASSVILLE  PA     19518-9707

Petition Filed Date: 05/31/2018
341 Hearing Date: 08/07/2018
Confirmation Date: 01/31/2019

Case Status: Completed on 5/31/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $300.00 | 26595672186 | 09/06/2022 | $300.00 | 26344079886 | 10/04/2022 | $300.00 | 26595674381 |
| 11/01/2022 | $300.00 | 26595672390 | 12/02/2022 | $300.00 | 19457982451 | 01/04/2023 | $300.00 | 19457982734 |
| 02/01/2023 | $300.00 | 28420590971 | 03/02/2023 | $300.00 | 19500260024 | 04/04/2023 | $300.00 | 19500260300 |
| 05/02/2023 | $300.00 | 19524386953 | 05/31/2023 | $300.00 | 19524387196 | | | |

**Total Receipts for the Period:  $3,300.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONSUMERS CREDIT UNION<br>»» 002 | Secured Creditors | $993.52 | $993.52 | $0.00 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33S | Secured Creditors | $550.00 | $550.00 | $0.00 |
| 33 | COMENITY BANK/KAY JEWELERS<br>»» 33U | Unsecured Creditors | $1,500.00 | $16.93 | $1,483.07 |
| 31 | AMERICAN HERITAGE FEDERAL CREDIT UNION<br>»» 031 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $4,756.30 | $53.72 | $4,702.58 |
| 20 | CAPITAL ONE NA<br>»» 020 | Unsecured Creditors | $1,980.36 | $22.35 | $1,958.01 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,886.83 | $66.48 | $5,820.35 |
| 21 | ECAST SETTLEMENT CORPORATION<br>»» 021 | Unsecured Creditors | $1,709.50 | $19.31 | $1,690.19 |
| 22 | ECAST SETTLEMENT CORPORATION<br>»» 022 | Unsecured Creditors | $838.97 | $9.48 | $829.49 |
| 23 | ECAST SETTLEMENT CORPORATION<br>»» 023 | Unsecured Creditors | $1,057.72 | $11.95 | $1,045.77 |
| 24 | ECAST SETTLEMENT CORPORATION<br>»» 024 | Unsecured Creditors | $240.92 | $2.73 | $238.19 |
| 25 | ECAST SETTLEMENT CORPORATION<br>»» 025 | Unsecured Creditors | $404.20 | $4.56 | $399.64 |
| 26 | ECAST SETTLEMENT CORPORATION<br>»» 026 | Unsecured Creditors | $2,383.28 | $26.91 | $2,356.37 |
| 27 | ECAST SETTLEMENT CORPORATION<br>»» 027 | Unsecured Creditors | $1,889.64 | $21.33 | $1,868.31 |
| 28 | ECAST SETTLEMENT CORPORATION<br>»» 028 | Unsecured Creditors | $1,066.57 | $12.03 | $1,054.54 |

**Chapter 13 Case No. 18-13605-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 29 | ECAST SETTLEMENT CORPORATION<br>»» 029 | Unsecured Creditors | $2,930.61 | $33.09 | $2,897.52 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $242.18 | $2.73 | $239.45 |
| 32 | UNITED STATES TREASURY (IRS)<br>»» 32P | Priority Crediors | $4,934.22 | $4,934.22 | $0.00 |
| 32 | UNITED STATES TREASURY (IRS)<br>»» 32U | Unsecured Creditors | $308.93 | $3.49 | $305.44 |
| 12 | JEFFERSON UNIVERSITY HOSPITAL<br>»» 012 | Unsecured Creditors | $814.98 | $9.22 | $805.76 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $838.44 | $9.48 | $828.96 |
| 10 | LENDING CLUB CORPORATION<br>»» 010 | Unsecured Creditors | $6,504.11 | $73.46 | $6,430.65 |
| 11 | LENDING CLUB CORPORATION<br>»» 011 | Unsecured Creditors | $17,652.36 | $199.35 | $17,453.01 |
| 7 | LENDING CLUB CORPORATION<br>»» 007 | Unsecured Creditors | $12,668.80 | $143.06 | $12,525.74 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $11,486.04 | $129.70 | $11,356.34 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $508.73 | $5.73 | $503.00 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $965.57 | $10.89 | $954.68 |
| 9 | MARINER FINANCE LLC<br>»» 009 | Unsecured Creditors | $2,708.50 | $30.58 | $2,677.92 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $3,275.57 | $37.00 | $3,238.57 |
| 5 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $4,345.69 | $49.07 | $4,296.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,171.63 | $24.52 | $2,147.11 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 003 | Mortgage Arrears | $3,367.69 | $3,367.69 | $0.00 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $191.12 | $2.16 | $188.96 |
| 30 | TD BANK USA NA<br>»» 030 | Unsecured Creditors | $406.82 | $4.59 | $402.23 |
| 34 | SHAWN J LAU ESQ<br>»» 034 | Attorney Fees | $5,616.00 | $5,616.00 | $0.00 |

**Chapter 13 Case No. 18-13605-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,000.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $16,497.33 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,502.67 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.