United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-13605-pmm
Richard S. Barndt  Chapter 13
Deanna L. Barndt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Nov 13, 2023    Form ID: 138FIN    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Richard S. Barndt, Deanna L. Barndt, 10 Magnolia Dr, Douglassville, PA 19518-9707 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Nov 14 2023 04:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2023 04:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Embrace Home Loans Inc. c/o Rushmore Loan Management Services, LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Nov 13, 2023 | Form ID: 138FIN | Total Noticed: 3

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Embrace Home Loans  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor Embrace Home Loans Inc. christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Consumers Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

KARINA VELTER
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KEVIN G. MCDONALD
    on behalf of Creditor Embrace Home Loans  Inc. bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Joint Debtor Deanna L. Barndt shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

SHAWN J. LAU
    on behalf of Debtor Richard S. Barndt shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

STEPHEN M HLADIK
    on behalf of Creditor Embrace Home Loans  Inc. c/o Rushmore Loan Management Services, LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Richard S. Barndt and Deanna L. Barndt

    Debtor(s)

Case No: 18−13605−pmm

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/13/23

62 − 61
Form 138FIN